UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN BOUCHARD                                    JURY TRIAL DEMANDED

v.                                                 CASE NO. 3:06cv

BENNETT & DELONEY, P.C.

## COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq. and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. §42-110a.

2. This Court has jurisdiction. 15 U.S.C. §1692k and 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a consumer within the FDCPA, who resides in Connecticut.

4. Defendant law firm is not licensed to practice law in Connecticut.

5. Defendant has a place of business at 1265 E. Fort Union Blvd # 150, Midvale UT 84047-1808 which was not licensed pursuant to chapter 669 Part XII of the Connecticut General Statutes when communicating with plaintiff in an effort to collect plaintiff's alleged personal account on behalf of another identity that did not own the account.

6. Plaintiff did not receive the notices required by 15 U.S.C. § 1692 g.

7. Defendant accepted funds sent in full settlement but did not apply them in full settlement and continued efforts to collect.

8. Defendants' collection tactics included misrepresentations.

9. Defendant's collection efforts, including the above, violated 15 U.S.C. §1692e, -f, or –g.

SECOND COUNT

10. The allegations of the First Count are repeated and realleged.

11. Within three years prior to the date of this action, Defendant committed unfair or deceptive acts or practices in collection efforts within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. §42-110a et seq., causing ascertainable loss to plaintiff.

WHEREFORE plaintiff respectfully requests this Court to:

   1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

   2. Award the plaintiff costs of suit and a reasonable attorney's fee;

   3. Award declaratory and injunctive relief and such other and further relief as law or equity may provide.

                     THE PLAINTIFF

                     BY____/s/ Joanne S. Faulkner____
                     JOANNE S. FAULKNER ct04137
                     123 Avon Street
                     New Haven, CT 06511-2422
                     (203) 772-0395
                     j.faulkner@snet.net