UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

LAUREN BOUCHARD

v.                                                      CASE NO. 3:06cv 67 (MRK)

BENNETT & DELONEY, P.C.                                 March 25, 2006

## NOTICE OF DISMISSAL

Pursuant to Rule 4l(a)(l), plaintiff hereby dismisses the within action without costs or fees to any party.

THE PLAINTIFF

BY_____/s/ Joanne S. Faulkner_____
JOANNE S. FAULKNER ct04137
123 Avon Street
New Haven, CT  06511-2422
(203) 772-0395


This is to certify that a copy of the foregoing was mailed on March 25, 2006, postage prepaid, to:

Douglas G. Schneebeck Esq.
Modrall Sperling
500 Fourth Street, NW #700
P.O. Box 2168
Albuquerque, New Mexico 87103-2168


_____/s/ Joanne S. Faulkner
Joanne S. Faulkner Esq.